IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RALPH WILLIAM LANE,**

    Petitioner,

vs.                                        **CASE NO. 5:09-cv-176/RS-GRJ**

**WALTER A. MCNEIL,**

    Respondent.

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 28). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

3. The certificate of appealability is **DENIED** because Plaintiff has not made a substantial showing of a denial of a Constitutional right.

**ORDERED** on July 11, 2012.

                                                         /S/ Richard Smoak
                                                         **RICHARD SMOAK**
                                                         **UNITED STATES DISTRICT JUDGE**